UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNADETTE HENSEL,

    Plaintiff,

v

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

USDC Case No. 1:23-cv-00139
Hon.

Van Buren County Circuit Court
Case No. 22-072493-CK
Hon. David J. DiStefano

---

**ANN-MARIE E. EARLS (P78308)**
**MELAMED, LEVITT,**
**MILANOWSKI & EARLS, P.C.**
Attorneys for Plaintiff
26611 Woodward Avenue
Huntington Woods, Michigan 48070
(248) 591-5000
annieearls@mlmepc.com

**CARY R. BERLIN (P64122)**
**NATHAN M. WHITFORD (P83444)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com

---

## STATE FARM'S NOTICE OF REMOVAL

Defendant, State Farm Fire and Casualty Company ("State Farm"), through its attorneys, Patrick, Johnson & Mott, P.C., removes the above action from the Van Buren County Circuit Court to this Court, pursuant to 28 U.S.C. § 1446(b)(3) and 28 U.S.C. § 1446(c)(1), based upon the following grounds:

1.    The above action was filed on November 9, 2022 in the Circuit Court for the County of Van Buren, State of Michigan [Case No. 22-072493-CK] and is now pending in that Court. Copies of all process, pleadings and orders served upon State Farm are attached as **Exhibit "A**.**"** 28 U.S.C. §1446(a).

2.    State Farm is now, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the State of Illinois, having its principal

place of business located in the City of Bloomington, State of Illinois.

3. State Farm is, therefore, a citizen and resident of the State of Illinois, and is not a resident, citizen or corporation of the State of Michigan.

4. At all times material hereto, the Plaintiff was a citizen and resident of the State of Michigan, and was not a resident or citizen of the State of Illinois, as set forth in her Complaint. (Complaint at ¶1, **Exhibit "A"**).

5. At the time the Complaint in this matter was filed, State Farm could not ascertain if the amount in controversy was more than $75,000.00, as the Complaint merely sought damages in excess of $25,000.00 (**Id**. at ¶3), and State Farm had not prepared, nor received any documentation or information which identified that the amount of damages sustained to the insured property, located at 23634 Lake Shore Drive, Gobles, Michigan, would exceed $75,000.00.

6. Accordingly, State Farm filed its responsive pleadings in the Van Buren County Circuit Court. (State Farm's Responsive Pleadings, **Exhibit "B"**).

7. On January 31, 2023, Plaintiff submitted her Initial Disclosures to State Farm, pursuant to Michigan Court Rule ("MCR") 2.302. (Plaintiff's Initial Disclosures, **Exhibit "C"**).

8. Pursuant to MCR 2.302(1)(f), Plaintiff was required to identify the damages being sought, and in doing so, she is claiming that her combined damages, excluding interest, are in excess of $150,000.00, even though the repair estimates have not yet been finalized. (**Id**. at pg. 6).

9. In reviewing Plaintiff's Initial Disclosures, State Farm learned, for the first time, that Plaintiff is seeking damages in excess of $150,000.00 in connection with this matter.

10. Accordingly, State Farm has now received a paper placing it on notice that the

amount in controversy in this matter exceeds $75,000.00, exclusive of interest.

11. This Court has original jurisdiction of the action, pursuant to 28 U.S.C. § 1332, due to the amount in controversy and diversity of citizenship of the parties.

12. Further, because this matter has been removed within thirty (30) days after State Farm received an "other paper" from which it could first ascertain that the case is one which has become removable (Plaintiff's Initial Disclosures, **Exhibit "C"**), and because the removal is not occurring more than one year after the commencement of the action, State Farm is entitled to remove the above action from the Van Buren County Circuit Court to this Court pursuant to 28 U.S.C. § 1446(b)(3) and 28 U.S.C. § 1446(c)(1).

        Respectfully submitted,

        **PATRICK, JOHNSON & MOTT, P.C.**

        *s/ Cary R. Berlin*
        Attorneys for Defendant
        70 Macomb Place, Suite 224
        Mt. Clemens, Michigan 48043
        (248) 356-8590
        cberlin@pjmpc.com
        P64122

Date: February 6, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNADETTE HENSEL,

    Plaintiff,

v

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

USDC Case No. 1:23-cv-00139
Hon.

Van Buren County Circuit Court
Case No. 22-072493-CK
Hon. David J. DiStefano

---

**ANN-MARIE E. EARLS (P78308)**
**MELAMED, LEVITT,**
**MILANOWSKI & EARLS, P.C.**
Attorneys for Plaintiff
26611 Woodward Avenue
Huntington Woods, Michigan 48070
(248) 591-5000
annieearls@mlmepc.com

**CARY R. BERLIN (P64122)**
**NATHAN M. WHITFORD (P83444)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com

---

## PROOF OF SERVICE

    The undersigned certifies that on February 6, 2023, my legal assistant, Courtney A. Pilibosian, served State Farm's Notice of Removal and this Proof of Service, by mailing a copy via First Class Mail to the following:

ANN-MARIE E. EARLS (P78308)
MELAMED, LEVITT,
MILANOWSKI & EARLS, P.C.
Attorneys for Plaintiff
26611 Woodward Avenue
Huntington Woods, Michigan 48070

Clerk of the Court
Van Buren County Circuit Court
212 East Paw Paw Street
Paw Paw, MI 49079

    *s/ Cary R. Berlin*
PATRICK JOHNSON & MOTT, P.C.
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
248-356-8590
cberlin@pjmpc.com
P64122